■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY A. LEWIS, Appellant. (Appeal No. 2.) [758 NYS2d 573] —Appeal from a judgment of Steuben County Court (Furfure, J.), entered March 27, 2000, convicting defendant after a jury trial of, inter alia, criminal possession of a controlled substance in the third degree (two counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is affirmed.

Same memorandum as in *People v Lewis* (305 AD2d 993 [2003]).

All concur except Gorski and Lawton, JJ., who dissent and vote to reverse in accordance with the same dissenting memorandum as in *People v Lewis* (305 AD2d 993 [2003]). Present—Hurlbutt, J.P., Kehoe, Gorski, Lawton and Hayes, JJ.